IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE JUNOR NIXON                                                               PLAINTIFF

v.                                          No. 3:16-cv-300-DPM

LENNY BECKER, Officer, Trumann
Police Department; JONTHAR KISSKS,
Officer, Trumann Police Department; and
DOE, Officer, Trumann Police Department                          DEFENDANTS

ORDER

1. Nixon didn't submit a calculation sheet with his application to proceed *in forma pauperis;* and he says jail staff refused to sign the certification page. A jail official must complete and sign the certificate and calculation sheet. Nixon's application, № 1, is therefore denied without prejudice.

2. The Court directs the Clerk to send Nixon another application to proceed *in forma pauperis* with this Order. Nixon must submit the completed application and certified calculation sheet by 14 December 2016. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If jail officials still refuse to complete and sign the paperwork for Nixon, then he must note that on the forms and submit them to the Court by December 14th.

3. The Court directs the Clerk to send a copy of this Order to the Poinsett County Sheriff, 1500 Justice Drive, Harrisburg, Arkansas, 72432.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 November 2016