IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE JUNOR NIXON                                                        PLAINTIFF

v.                              No. 3:16-cv-300-DPM

LENNY BECKER, Officer, Trumann
Police Department; JONTHAR C. KISSKS,
Officer, Trumann Police Department; and
DOE, Officer, Trumann Police Department                        DEFENDANTS

ORDER

Nixon hasn't filed a new application to proceed *forma pauperis*; and his mail is now being returned undelivered. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 December 2016