IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE JUNOR NIXON                                                         PLAINTIFF

v.                          No. 3:16-cv-300-DPM

LENNY BECKER, Officer, Trumann
Police Department; JONTHAR KISSKS,
Officer, Trumann Police Department; and
DOE, Officer, Trumann Police Department                         DEFENDANTS

JUDGMENT

Nixon's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 December 2016